WO                                                                                               ASH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffery R. Weller,<br><br>        Plaintiff,<br><br>vs.<br><br>Sam Richardson, et al.,<br><br>        Defendants. | No.  CV 14-00832-PHX-SPL (MHB)<br><br>**ORDER** |

      On April 18, 2014, Plaintiff Jeffery R. Weller filed a "Request for Entry to the Court and Review of Civil Filing and Enforcement of that Filing" (Doc. 1), and a "Request for Permissive Joinder Rule 20, Permissive Joinder of Parties A-1-2 A-B, and Amended Complaint" (Doc. 2).  By Order dated June 25, 2014, the Court dismissed the two documents because they were not filed on the court-approved form and the court was unable to determine the precise number and nature of Plaintiff's claims.  (Doc. 7).  The Court provided Plaintiff leave to file an amended Complaint on the court-approved form within 30 days of that order.  (*Id.*).  Plaintiff has not yet done so, but has instead filed a document the Clerk has docketed as a "Motion that the Court Order Plaintiff's Civil Filing be Ordered as Criminal Allegations" (Doc. 10).

      In his Motion, Plaintiff appears to request that the Court order his "civil filing" be treated as criminal allegations against several individuals.  However, because the Court previously dismissed Plaintiff's Complaint, and Plaintiff has not yet filed an amended Complaint, there is no "civil filing" currently pending before this Court.

Accordingly, the Court will deny Plaintiff's Motion, but will grant him an additional 30 days in which to file an amended Complaint in compliance with the Court's June 26 Order.

**IT IS ORDERED:**

(1) Plaintiff's "Motion that the Court Order Plaintiff's Civil Filing be Ordered as Criminal Allegations" (Doc. 10) is **denied**.

(2) Plaintiff shall have an additional **30 days** from the date this Order is filed to file a first amended complaint in compliance with the Court's June 26, 2014 Order.

(3) If Plaintiff fails to file an amended complaint within 30 days of this Order, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action with prejudice.

Dated this 31st day of July, 2014.

Honorable Steven P. Logan
United States District Judge